UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 3:17-cv-1123<br>) CHIEF JUDGE CRENSHAW<br>) |
| U.S. HOSPITALITY PUBLISHERS, INC. and U.S. HOSPITALITY PUBLISHERS, INC. d/b/a UNIGUEST, | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER

The Court having been advised by counsel for the parties that this action has been settled, it is hereby **ORDERED** that the action is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE